```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSE GONZALEZ, a/k/a "Junior,",

Defendant.

20 Cr. 698 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court will hold an initial conference in this action on **January 5, 2021**, at **1:00 p.m.**, using the Court's Skype for Business platform. *See In re Coronavirus/Covid-19 Pandemic*, 20 Misc. 176, ECF No. 4 (S.D.N.Y. Dec. 18, 2020) (finding that the COVID-19 pandemic "make[s] it increasingly necessary for judges in this District to conduct proceedings remotely, by videoconference or other means . . . ."). Chambers will provide the parties with instructions on how to appear via video.

      To optimize the quality of the video feed, only the Court, Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding; all others may participate by telephone. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling (917) 933-2166 at the time of the hearing, and entering access code 101205226.

      SO ORDERED.

Dated: December 30, 2020
          New York, New York

ANALISA TORRES
United States District Judge