```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSE GONZALEZ, a/k/a "Junior,",

Defendant.

20 Cr. 698 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court will hold a status conference in this action on **March 23, 2021**, at **2:00 p.m.**, using the Court's videoconferencing software.  *See In re Coronavirus/Covid-19 Pandemic*, 20 Misc. 176, ECF No. 5 (S.D.N.Y. Mar. 11, 2021) (Criminal proceedings "cannot in all instances be conducted in person without seriously jeopardizing public health and safety . . . video teleconferencing, or telephone conferencing if video conferencing is not reasonably available, may be used in such proceedings with the consent of the defendant").  Chambers will provide the parties with instructions on how to appear via video.

      To optimize the quality of the video feed, only the Court, Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding; all others may participate by telephone.  Co-counsel, members of the press, and the public may access the audio feed of the conference by calling 855-268-7844 at the time of the hearing, and entering access code 32091812#, and PIN # 9921299#.

      SO ORDERED.

Dated: March 22, 2021
       New York, New York

ANALISA TORRES
United States District Judge