USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/2021\_\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSE GONZALEZ, a/k/a "Junior,",

Defendant.

20 Cr. 698 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Due to technical difficulties, the status conference scheduled for March 23, 2021, was not held. Accordingly, the Court will hold a status conference in this action on **March 25, 2021**, at **12:00 p.m.** The conference will be conducted in accordance with the procedures outlined at ECF No. 26.

    SO ORDERED.

Dated: March 24, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge